IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA CHERNAK                          )
                                       )
              Plaintiff,               )
                                       )
v.                                     )
                                       )
                                       )
TARGET CORPORATION a/k/a TARGET        )
STORES, INC.                           )
                                       )        NOVEMBER 20, 2009
              Defendant.               )

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for the Defendant, Target Corporation, certifies the following:

Target Corporation is a publicly traded corporation, and its stock is registered

with the U.S. Securities and Exchange Commission and traded on the New York Stock

Exchange.  As a publicly traded company, Target generally does not track the identity of

individual shareholders, but relies on the reports filed by investors that disclose their

holdings in Target Corporation, which reports are required by the rules of the SEC.  As

of the most recent date available (12/29/06), Target had one shareholder that reported

owning in excess of 10% of Target's outstanding stock - Capital Research and

Management Company ("Cap Research"), which reported owning 16.6% of Target's

common stock.  Cap Research is an investment advisor to a family of mutual funds (the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

American Funds), and reports the holdings of all of its individual funds in a consolidated ownership filing.  The Target Corporation shares however are owned by a variety of mutual funds within the American Funds Family.  Accordingly, we do not believe there is any single shareholder who owns more than 10% of Target Corporation.

Dated at Hartford, Connecticut this 20th day of November, 2009.

DEFENDANT:
TARGET CORPORATION a/k/a
TARGET STORES, INC.

By_____

Kevin J. Greene of
HALLORAN & SAGE LLP
225 Asylum Street
Hartford, CT 06103
Federal Bar #: ct16742
Phone:    860-297-4642
Fax:        860-548-0006
greene@halloran-sage.com
Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 20th day of November, 2009, a copy of the foregoing was either, mailed, postage prepaid, or hand-delivered to:

Nicholas A. D'Agosto, IV
D'Agosto & Howe, LLC
One Cots Street
Shelton, CT 06484

_____
Kevin J. Greene

1616433v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105